**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALA INDUSTRIES, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ACE INDUSTRIAL SUPPLY, INC., a California corporation,<br><br>            Defendant.<br><br>ACE INDUSTRIAL SUPPLY, INC., a California corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>CALA INDUSTRIES, INC., a California corporation,<br><br>            Counterdefendant. | Case No. 5:21-cv-00020-JWH (SPx)<br><br>Hon. John W. Holcomb<br>Hon. Sheri Pym<br><br>**ORDER APPROVING STIPULATION TO PROTECTIVE ORDER** |

1  The Court, having reviewed and considered the Stipulation to Protective Order submitted by the
2  parties through their counsel of record dated July 13, 2021, and good cause appearing therefor, the Court
3  hereby approves the Stipulation to Protective Order.
4  **IT IS SO ORDERED.**

6  Dated: July 19, 2021



THE HONORABLE SHERI PYM